# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES INGRAM, | NO. ED CV 10-0883 AG (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| GEORGE NEOTTI, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: January 28, 2011.

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE